UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY A. BRADFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLAGSHIP FACILITY SERVICES INC,<br><br>　　　　Defendant. | Case No. 17-CV-01245-LHK<br><br>**JUDGMENT** |

On July 24, 2017, the Court granted Defendant's Motion to Compel Arbitration and Dismiss the Action. ECF No. 34. Accordingly, the Clerk shall enter judgment in favor of Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 24, 2017

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 17-CV-01245-LHK
JUDGMENT

1